IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE STORAGE UNITS C07, C05 AT CASTLE ROCK SELF-STORAGE 124 HAMILTON AVE FAIRBANKS AK 99701 | Case No. 4:21-mj-00024-SAO <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Nathan Werner, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.  I have been employed as a police Officer in the State of Alaska since August 2009. I attended the University of Alaska Police Academy and worked for Fairbanks Police Department from August 2009 to November 2019. I'm currently a Detective with North Pole Police Department and hold an intermediate certificate through the Alaska Police Standards Council. In January 2020 I was assigned as an Investigator with the Alaska State Troopers Statewide Drug Enforcement Unit in Fairbanks, Alaska. I operate as a Task Force Officer with the DEA as part of Fairbanks High Intensity Drug Trafficking Area Unit (HIDTA). One of the primary responsibilities of HIDTA is to investigate illegal drug activities that take place in HIDTA north, to include the sales and distribution of controlled substances in the Fairbanks and North Pole area and northern regions of the State of Alaska. I have successfully investigated homicides, sexual assaults, sexual assaults of minors, and misconduct involving controlled substances. Since being assigned to the task force I have investigated or assisted in the investigation of over 40 drug cases. During my official duties, I have applied for and received search warrants on several task force cases and others while working in my local agency, throughout my career.

2. I submit this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search and examination of storage units at Castle Rock Self-Storage rented by Michael MEATH. As set forth below, I have probable cause to believe that the items set forth in Attachment B constitute evidence of violations of 21 U.S.C. § 841(a)(1).

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1), have been committed by Michael MEATH ("MEATH"), and other co-conspirators both known and unknown. There is also probable cause to believe that the information described in Attachment B will constitute evidence of these criminal violations and will lead to the identification of co-conspirators who are engaged in the commission of these offenses.

## Statement of Probable Cause

5. In October 2019, DEA Fairbanks conducted a traffic stop and seized over 500 grams of methamphetamine, approximately 50 grams of heroin, drug paraphernalia, and a firearm from Michael MEATH. In January 2021, a Federal Grand Jury (District of

Alaska) returned an indictment on MEATH in January 2021 for the charges of possession of a controlled substance with intent to distribute, carrying of a firearm during and relation to a drug trafficking crime, and felon in possession of a firearm.

6. On January 25, 2021, DEA Fairbanks executed the arrest warrant for MEATH as he was seated in a Dodge Ram parked in the driveway of 379 Shannon Drive (One of MEATH's residences). A search of the Ram revealed a loaded .44 revolver, approximately 200 grams of suspected methamphetamine, approximately 200 grams of heroin, drug paraphernalia, and $64,680 in banded U.S. Currency (all within reach of MEATH at the time of his arrest). During an officer safety pat down of MEATH's person, a wallet was removed and inventoried. Officers located MEATH's Alaska identification card as well as a business card from Castle Rock Self-Storage in Fairbanks, Alaska identifying unit C07.

7. The same day MEATH was arrested, he was transported to Fairbanks Correctional Center, within hours MEATH began placing phone calls to his son (Michael MEATH Jr), Lisa CARTIER (his paramour), and others these calls are all recorded and MEATH was made aware of this fact before placing each call). At a near daily rate, MEATH has been calling co-conspirators both local and out of state, often attempting to speak in a vague and coded language, in a wide reaching effort to enlist support concealing illicit proceeds and assets, or destroying evidence of drug trafficking and illegal firearms possession.

8. In one such call, MEATH instructed his son (MEATH Jr) to misrepresent himself to Alaska USA Credit Union posing as MEATH for the purposes of withdrawing the balancing of MEATH's bank accounts at that institution. In another call, MEATH instructs a friend to remove his boat from a mechanic shop to avoid seizure by law enforcement (this boat was subsequently seized by law enforcement). In another recently recorded jail call, MEATH communicates with CARTIER the following summarized conversation:

- Mike: You'll get that power of attorney, and you know that little place around the corner from your mom's there? You know, umm, you know that gated thing right around the corner, you know entering the neighborhood? Ya, ya, ok you'd be able...
- Lisa: Ya
- Mike: ...power attorney cuz you know what I'm sayin? ... Ok.
- Lisa: Ya, I know.
- Mike Huh?
- Lisa: I know the thing
- Mike: Ya ok...
- Lisa: that's enough

9. Based on the facts described herein, I believe MEATH holds two rented storage units at Castle Rock Self-Storage. Investigators located a storage unit complex owned by Castle Rock Self-Storage specifically in the area described on the jail call by MEATH at 125 Hamilton Ave. The storage units are right around the block and in the neighborhood of CARTIER's mom's residence as MEATH states in the phone call. I believe this complex is where MEATH has instructed CARTIER to access evidence relating to this case.

10. On 02/15/2020 an administrative subpoena was served by investigators on the management at Castle Rock Storage. The information obtained through this process confirmed the location of two storage units (C05, C07) belonging to both MEATH and CARTIER at 125 Hamilton Ave. I believe MEATH stores contraband or other evidence of his drug trafficking organization at these storage units. Furthermore, I believe MEATH has been actively working to conceal evidence and assets from law enforcement for years and has aggressively accelerated these efforts in the days since his arrest. I believe CARTIER is a willing and active co-conspirator and that CARTIER is or will soon be attempting to remove or conceal evidence from law enforcement currently located at the Castle Rock Self-Storage. I believe the requested search of the Castle Rock Self-Storage units rented by MEATH is likely to reveal evidence supporting the belief that MEATH is the head of the drug trafficking organization. I believe additional evidence is likely to be obtained through a search of the Property, items including but not limited to: receipts, ledgers, additional narcotics, paraphernalia, firearms and firearm accessories and/or drug proceeds.

## Conclusion

11. Based on the foregoing, I have probable cause to believe, and I do believe, that the Property described in Attachment A, contains evidence of violations of 21 U.S.C. § 841(a)(1), as set forth in Attachment B. I therefore request that the Court issue a warrant authorizing a search of the Property described in Attachment A for the items listed in Attachment B and the seizure and examination of any such items found.

*Nathan Werner*
Nathan Werner
TFO, DEA

~~Subscribed and~~ sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  5:39  a.m./p.m. on  15th  day of February 2021.

_____
HONORABLE SCOTT A. ORAVEC
United States Magistrate Judge

# ATTACHMENT A

## Item to Be Searched

The property to be searched is two storage units, numbered C05, C07 located at 124 Hamilton Ave Avenue, Fairbanks, Alaska, 99701.

# ATTACHMENT B

## Items to Be Seized

The items to be searched for, seized, and examined, are those items on/in the property described in Attachment A, that contain evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1).

1. The items referenced above to be searched for, seized, and examined are as follows:

   a. Controlled substances, including but not limited to heroin held in violation of 21 U.S.C. Sections 841(a)(1);

   b. Firearms and other dangerous weapons and ammunition;

   c. Financial profits, proceeds and instrumentalities of trafficking in narcotics and money laundering, including U.S. Currency and other items of value purchased/acquired between October 1, 2019 and the present;

   d. Paraphernalia for packaging, smuggling, processing, diluting, manufacturing, weighing, and distributing controlled substances, for example: hidden compartments, scales, blenders, funnels, sifters, grinders, glass panes, mirrors, razor blades, plastic bags, heat sealing devices, and dilutants such as inositol, vitamin B12, etc.;

   e. Cellular telephones, computers and other electronic devices capable of storing data that constitutes evidence or the instrumentalities of drug dealing;

   f. Books, records, receipts, notes, ledgers, and other documents relating to the manufacture and distribution of controlled substances; money laundering, communications between members of the conspiracy, and evidence of the use of apparently legitimate businesses to disguise profits;

g. Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the manufacture, importation and distribution of controlled substances, and money laundering;

h. Financial records relating to controlled substances income and expenditures of money and wealth, to wit: money orders, wire transfer records, cashier's checks and receipts, account records, passbooks, tax records, safe deposit box keys and records, checkbooks, and check registers, as well as precious metals and gems such as gold, silver, diamonds, etc.;

i. Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the premises, including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys;

j. Documents indicating travel in interstate and foreign commerce, to include airline tickets, notes and travel itineraries; airline schedules; bills; charge card receipts; hotel, motel, and car rental statements; correspondence with travel agencies and other travel related businesses; airline, rent a car, and hotel frequent flier or user cards and statements; passports and visas; telephone bills; photographs of foreign locations; and papers relating to domestic and international travel.

Attachment B